IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH C. WALKER,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 21-CV-03325 |

## ORDER

AND NOW, this \_\_29th\_\_ day of \_\_October\_\_, 2021, upon consideration of Plaintiff State Farm Fire and Casualty Company's Motion for Summary Judgment, and all responses thereto, it is hereby ORDERED that Plaintiff's motion is GRANTED.

It is further ORDERED that Plaintiff State Farm Firm and Casualty Company does not have a duty to defend or a duty to indemnify Joseph C. Walker under Homeowners Policy No. 78-CM-4873-5, in the action captioned *Jennifer Kwak v Joseph C. Walker*, Docket No. 2021-01117, which was filed on or about February 17, 2021, in the Court of Common Pleas of Montgomery County.

The Clerk of Court is directed to close the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Chad F. Kenney
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHAD F. KENNEY, JUDGE